**Willie P. ANDREWS, Appellant,**

**v.**

**Larry NORRIS, Director, Arkansas Department of Correction; James Gibson, Disciplinary Hearing Administrator, ADC; Mark Cashion, Warden, Delta Regional Unit, ADC; Ronald Gana, Chief of Security, Delta Regional Unit, ADC; Oscar Green, Administrative Review Officer, Delta Regional Unit, ADC; Johnnie M. Harris, Disciplinary Hearing Officer, ADC; Gary Nalls, Disciplinary Hearing Security Officer, ADC, Appellees.**

United States Magistrate Judge for the District of Minnesota.

1. The Honorable James M. Moody, United States District Judge for the Eastern District

No. 08–3343.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 15, 2009.

Filed: Dec. 11, 2009.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Willie Andrews appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, *see Anderson v. Larson,* 327 F.3d 762, 767 (8th Cir.2003) (standard of review), we hold that summary judgment was properly granted. Accordingly, we affirm. *See* 8th Cir. R. 47B.

of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.